IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JEAN LILLIE, | ) | |
| | ) | |
| Plaintiff, | ) | C06-4014DEO |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TODD WEICK, FRANK KOFKA, | ) | |
| WOODBURY COUNTY SHERIFF and | ) | |
| WOODBURY COUNTY, IOWA, | ) | |
| | ) | |
| Defendants. | ) | |

No action was taken in this case within the time provided in the court's order dated February 13, 2006.

**ORDER**

Accordingly, IT IS ORDERED:

That the plaintiff take nothing and that the action be dismissed without prejudice.

DONE AND ORDERED this 28th day of February, 2006.

PRIDGEN J WATKINS, Clerk

BY: s/kfs - Deputy Clerk